# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GIBBONS, JULIA S | US SIXTH CIRCUIT CT OF APPEALS | 06/09/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. CIRCUIT JUDGE (ACTIVE) | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 970 FEDERAL BUILDING <br> 167 N. MAIN <br> MEMPHIS, TN 38103 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2005 JUN 13 A 10: 48
FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2005 | STATE OF TN - SALARY AS DISTRICT ATTORNEY GENERAL |
| 2. | 2005 | SHELBY COUNTY - COUNTY SUPPLEMENT AS DISTRICT ATTORNEY GENERAL |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | FIRST AMENDMENT CENTER (FREEDOM FORUM) | 2/25-26 - JUDGE MOOT COURT COMPETITION; NASHVILLE, TN; (TRANSPORTATION, LODGING & MEALS) |
| 2. | AMERICAN JUDICATURE SOCIETY | 4/1-4 - DEVITT AWARD SELECTION COMMITTEE; NEW YORK, NY; (TRANSPORTATION, LODGING & MEALS) |
| 3. | TAMPA BAY CHAPTER FEDERAL BAR ASSOCIATION | 5/25-27 - SPEAKER AT SENTENCING CONFERENCE; SAN FRANCISCO, CA; (TRANSPORATION, LODGING & MEALS) |
| 4. | AMERICAN JUDICATURE SOCIETY | 10/16-18 - DEVITT AWARD PRESENTATION; SAN FRANCISCO, CA; (TRANSPORTATION, LODGING & MEALS) |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. SALLIE MAE SERVICING CORP. | PLUS EDUCATIONAL LOANS | K |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S | 06/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA - EQUITABLE LIFE ANNUITY-EQUIVEST GUARANTEED INT ACCT | A | Interest | K | T | | | | | |
| 2. IRA - EQUITABLE LIFE ANNUITY-EQUIVEST GUARANTEED INT ACCT | A | Interest | K | T | | | | | |
| 3. SUNTRUST (FORMERLY NATIONAL BANK OF COMMERCE) - MEMPHIS, TN | A | Interest | J | T | | | | | |
| 4. EVANS & PETREE 401(K) PLAN (SELF-DIRECTED PLAN) | | | | | | | | | |
| 5. 1) INVESTMENT CO OF AM. DBA THE AMERICAN FUNDS GROUP | B | Dividend | | | SELL | 8/22 | L | B | (ROLL OVER TO LINE 11) |
| 6. 2) MORGAN KEEGAN MONEY MARKET FUND | A | Dividend | | | SELL | 8/10 | J | A | (ROLL OVER TO LINE 11) |
| 7. 3) SCHWAB INSTITUTIONAL BROKERAGE TRUST | A | Dividend | | | SELL | 8/05 | K | A | (ROLL OVER TO LINE 11) |
| 8. FEDERAL BLDG. FEDERAL CREDIT UNION ACCOUNT | A | Interest | J | T | | | | | |
| 9. STATE OF TENNESSEE 401(K) REGIONS BANK (FORMERLY UP) ACCT | A | Interest | J | T | | | | | |
| 10. SCHWAB MONEY MARKET FUND | A | Dividend | J | T | | | | | |
| 11. IRA ROLLOVER RETIREMENT PLAN | | | | | | | | | |
| 12. 1) INVESTMENT CO OF AMERICA, DBA AMERICAN FUNDS GROUP | B | Dividend | K | T | BUY | 8/22 | K | | |
| 13. 2) JOHN HANCOCK GREATER CHINA OPPORTUNITIES FUND | A | Dividend | K | T | BUY | 8/22 | J | | |
| 14. 3) IVY GLOBAL MUTUAL RESOURCES FUND | | | J | T | BUY | 8/20 | J | | |
| 15. 4) VAN KAMPEN EQUITY & INCOME FUND | A | Dividend | K | T | BUY | 8/22 | K | | |
| 16. 5) EATON VANCE UTILITIES FUND | A | Dividend | K | T | BUY | 8/23 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S | 06/09/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. 6) HARTFORD MUTUAL FUNDS, INC. | B | Dividend | K | T | BUY | 8/23 | J | | |
| 18. 7) MUTUAL SERIES FUND, INC. | | | J | T | BUY | 8/23 | J | | |
| 19. 8) SCUDDER DRENNON HIGH RETURN EQUITY FUND | A | Dividend | K | T | BUY | 8/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| GIBBONS, JULIA S | 06/09/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date June 9, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544